No. 66875.—A. Simkins & Co. v. United States, protests 61/17149 and 61/19551 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 27, 1962

No. 66876.—Contractor's Brick & Supply Co. v. United States, protests 61/2256, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66877.—Joseph H. Brown & Son v. United States, protest 59/31682 (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat, fresh or frozen, or horsemeat, decharacterized, similar in all material respects to that the subject of Abstract 66357, the claim of the plaintiff was sustained.